UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JAMEL ALBRITTON,

        Petitioner,                                              JUDGMENT
                                                                           11-CV-3482 (RRM)
  - against -

COMMISSIONER, NEW YORK STATE
DEPARTMENT OF CORRECTIONAL
SERVICES,

        Respondent.
----------------------------------------------------------X

      A Memorandum and Order having been filed this day, denying the petition for a writ of habeas corpus, and directing the Clerk of Court to enter judgment accordingly, dismiss the petition, and close this case, it is

      **ORDERED AND ADJUDGED** that petitioner take nothing of respondent; and that the petition for a writ of habeas corpus is dismissed; and that this case is hereby closed.


Dated: Brooklyn, New York                                        *Roslynn R. Mauskopf*
       August 20, 2013                                         _____
                                                                ROSLYNN R. MAUSKOPF
                                                                United States District Judge