UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JAMEL ALBRITTON,

        Petitioner,                                                                                                      <u>JUDGMENT</u>

   - against -                                                                                          11-CV-3482 (RRM)

COMMISSIONER, NEW YORK STATE
DEPARTMENT OF CORRECTIONAL
SERVICES,

        Respondent.
----------------------------------------------------------X

       A Memorandum and Order having been filed this day, denying the petition for a writ of habeas corpus, and directing the Clerk of Court to enter judgment accordingly, dismiss the petition, and close this case, it is

       **ORDERED AND ADJUDGED** that petitioner take nothing of respondent; and that the petition for a writ of habeas corpus is dismissed; and that this case is hereby closed.


Dated: Brooklyn, New York                                       *Roslynn R. Mauskopf*
       August 20, 2013                                             _____
                                                                                      ROSLYNN R. MAUSKOPF
                                                                                     United States District Judge